UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 9b/ |
| | : | Crim. No. 08-~~8024~~ (SDW) |
| V. | : | |
| | : | |
| JOSE MORENO | : | ORDER |
| | : | |

This matter having come before the Court on the application of defendant Jose Moreno, by David A. Holman, Assistant Federal Public Defender, for an order modifying the conditions of bail set on March 24, 2008, and the government, by Assistant United States Attorney Dennis Carletta, and Pre-trial Services, by Jennifer Pace, having no objections to this modification,

IT IS on this 15th day of September, 2009,

ORDERED that the conditions of bail shall be modified to permit the defendant to travel to the Dominican Republic on September 30, 2009 and return to New Jersey on, October 5, 2009. Mr. Moreno will provide his travel itinerary to Pre-trial Services and will comply with that agency's travel directives. Pre-trial Services shall return Mr. Moreno's passport to him for the duration of this trip and he will return it to Pre-trial Services immediately upon his return..

IT IS FURTHER ORDERED that all other conditions of bail shall remain in effect.

_____
HONORABLE SUSAN D. WIGENTON
UNITED STATES DISTRICT JUDGE