CARUSO & DIAZ, LLC
Attorneys at Law
416-418 Rahway Avenue
Elizabeth, NJ 07202
(908)527-0700 (Office)
(973)525-2244 (Cell)
jdcarusolaw@comcast.net

|  |  |  |
|---|---|---|
| | : | UNITED STATES DISTRICT COURT |
| UNITED STATES of AMERICA | : | DISTRICT OF NEW JERSEY |
| Plaintiff, | : | |
| | : | CRIM. NO. 08-00901-001 |
| v. | : | |
| | : | |
| Jose E. Moreno Salamanca | : | CRIMINAL ACTION |
| | : | |
| Defendant. | : | ORDER TO ALLOW |
| | : | DEFENDANT TO TRAVEL |

THIS MATTER seeking to allow the defendant, Jose E. Moreno Salamanca, to attend a vacation with his wife Claudia in San Jose del Cabo, Mexico from 2/13/12 to 2/19/12. Thereby, waiving the 60-day ban disallowing travel outside of New Jersey on all persons placed on supervised release only through 2/13/12 to 2/19/12.

THIS COURT having considered the defense's application and

IT IS on this _____10ᵗʰ_____ day of _February_ 2012

ORDERED that the defendant, Jose E. Moreno Salamanca be allowed to to travel to San Jose del Cabo, Mexico from 2/13/12 to 2/19/12.

_____

HON. SUSAN D. WIGENTON
U.S. DISTRICT COURT JUDGE